Certificate Number: 03088-PAW-DE-035745362

Bankruptcy Case Number: 21-10287



03088-PAW-DE-035745362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 9, 2021, at 6:29 o'clock PM CDT, Ricky J Freeborough completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    June 9, 2021              By:    /s/Brianna M Glynn

                                   Name:  Brianna M Glynn

                                   Title: Counselor