IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RICKY FREEBOROUGH | : | |
| AND SUSAN BREEBOROUGH | : | Bankruptcy No. 21-10287-TPA |
|     DEBTORS | : | |
| | : | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION | : | |
| AGENCY | : | |
| | : | |
|     MOVANT | : | |
| V. | : | Related to Document No. DOC |
| RICKY FREEBOROUGH | : | Related to Claim No. 9 |
| AND SUSAN FREEBOROUGH | : | |
|     DEBTORS | : | |

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtor hereby declares that the existing Chapter 13 Plan in the above captioned bankruptcy case will be SUFFICIENT to fund the Plan with the modified mortgage amount, as the new amount is lower than the original amount.

Date: May 9, 2022

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtors
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161