IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RICKY FREEBOROUGH | : | |
| AND SUSAN FREEBOROUGH | : | Bankruptcy No. 21-10287-JCM |
| DEBTORS | : | |
| | : | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION | : | |
| AGENCY | : | |
| | : | |
| MOVANT | : | |
| V. | : | Related to Document No. DOC |
| RICKY FREEBOROUGH | : | Related to Claim No. 9 |
| AND SUSAN FREEBOROUGH | : | |
| DEBTORS | : | |

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtors hereby declare that the existing Chapter 13 Plan in the above captioned bankruptcy case will be SUFFICIENT to fund the Plan with the modified mortgage amount.

Date: November 16, 2023

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtors
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161