IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RICKY FREEBOROUGH AND | : | |
| SUSAN FREEBOROUGH | : | |
| Debtors | : | Bankruptcy No. 23-10287-JCM |
| | : | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION | : | |
| Movant | : | |
| V. | : | Related  Document No. |
| RICKY FREEBOROUGH AND | : | |
| SUSAN FREEBOROUGH | : | Related to Claim No. 9 |
| Debtors | : | |

DECLARATION OF DEBTORS REGARDING MORTGAGE PAYMENT

The Debtors hereby declare that the existing payment in the Chapter 13 Plan in the above captioned bankruptcy case is SUFFICIENT to fund the Plan with the modified mortgage amount, based on the number of months left in the plan and the funds remitted to the Trustee to date.

Date: November 13, 2024

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtors
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161