IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| RICKY FREEBOROUGH AND | : | |
| SUSAN FREEBOROUGH, | : | |
| Debtors | : | Bankruptcy No. 21-10287-JCM |
| | : | Chapter 13 |
| FREEDOM MORTGAGE CORPORATION | : | |
| Movant | : | |
| V. | : | Related Document No. |
| RICKY FREEBOROUGH AND | : | Related to Claim No. 9 |
| SUSAN FREEBOROUGH | : | |
| Debtors | : | |

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtors hereby declare that the existing payment in the Chapter 13 Plan in the above captioned bankruptcy case is SUFFICIENT to fund the Plan with the modified mortgage amount.

Date:  OCTOBER 22, 2025

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4258 West 12th Street
Erie, PA  16505
(814) 450 5161