UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| RICKY FREEBOROUGH and SUSAN FREEBOROUGH<br>Debtor | ) ) ) ) | Case No:21-10287-JCM<br>Judge John C. Melaragno |
| | ) ) ) | Chapter 13 |
| RICKY FREEBOROUGH<br>and SUSAN FREEBOROUGH<br>Movants | ) ) ) ) ) | |
| v.<br>No Respondent | ) ) ) ) | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 10, 2021, at docket numbers 21 and 24, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c)(4)(B) by filing a *Certificate of Completion of a Personal Financial Management Course*.

5. This Certification is being signed under penalty of perjury by Tina M. Fryling, Esq. Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: November 19, 2025

By:/s/ Tina M Fryling
Tina M Fryling
4258 West 12th Street
Erie, PA 16509
814 450 5161
tinafryling@gmail.com