UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  RICKY FREEBOROUGH<br>SUSAN FREEBOROUGH<br>            Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>      vs.<br>  RICKY FREEBOROUGH<br>SUSAN FREEBOROUGH<br><br>          Respondents | Case No.21-10287JCM<br><br><br>Chapter 13<br><br><br>Related Document No. 54 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___19th___ day of November, 20 25, it is hereby ORDERED, ADJUDGED, and DECREED that,

Warren General Hospital
Attn: Payroll Department
2 W Crescent Park
Warren, PA 16365

is hereby ordered to immediately terminate the attachment of the wages of SUSAN FREEBOROUGH, social security number XXX-XX-0345. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of SUSAN FREEBOROUGH.

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
John C. Melaragno, Judge  dak
United States Bankruptcy Court

SIGNED
11/19/25 2:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10287-JCM |
| Ricky Freeborough | Chapter 13 |
| Susan Freeborough | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 19, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ricky Freeborough, Susan Freeborough, 68 Mountain, Tidioute, PA 16351-5612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-1 User: auto Page 2 of 2
Date Rcvd: Nov 19, 2025 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

Tina M. Fryling
   on behalf of Joint Debtor Susan Freeborough tinafryling@gmail.com tfryling@mercyhurst.edu;r53088@notify.bestcase.com

Tina M. Fryling
   on behalf of Debtor Ricky Freeborough tinafryling@gmail.com tfryling@mercyhurst.edu;r53088@notify.bestcase.com

TOTAL: 8