Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Ricky Freeborough** | : | Case No. 21−10287−JCM |
| **Susan Freeborough** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 60 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/10/26 at 02:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 29th of December, 2025*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 60 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) **On or before January 28, 2026**, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on **February 10, 2026 at 02:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10287-JCM |
| Ricky Freeborough | Chapter 13 |
| Susan Freeborough | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 29, 2025 | Form ID: 300b | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ricky Freeborough, Susan Freeborough, 68 Mountain, Tidioute, PA 16351-5612 |
| 15377786 | | Bruce Freeborough, Scott Run Road, Warren, PA 16365 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377795 | | Email/Text: CantonRecoveryGroup@cbna.com | Dec 30 2025 00:27:00 | Community Bank Na, Attn: Bankruptcy Dept, Po Box 509, Canton, NY 13617 |
| 15377787 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:28:35 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15377788 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:28:47 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15377789 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:28:47 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15377790 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:51 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15377791 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15377792 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 15377793 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15377794 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 15379896 | + | Email/Text: CantonRecoveryGroup@cbna.com | Dec 30 2025 00:27:00 | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 15377796 | | Email/Text: Bankruptcy.Consumer@dish.com | Dec 30 2025 00:27:00 | Dish Network, Dept 0063, Palatine, IL 60055-0063 |
| 15377797 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 30 2025 00:27:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 15497916 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 30 2025 00:27:00 | Freedom Mortgage Corporation, 11988 Exit 5 |

Case 21-10287-JCM   Doc 62   Filed 12/31/25   Entered 01/01/26 00:35:23   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: 300b | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Parkway, Building 4, Fishers, IN 46037-7939 |
| 15388353 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:29:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15377801 | | Email/Text: EBN@Mohela.com | Dec 30 2025 00:27:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15378499 | | Email/Text: EBN@Mohela.com | Dec 30 2025 00:27:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15377800 | + | Email/Text: bankruptcy@marinerfinance.com | Dec 30 2025 00:27:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15387223 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15377802 | + | Email/PDF: cbp@omf.com | Dec 30 2025 00:28:46 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15391635 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15395947 | | Email/Text: bankruptcy@roundpointmortgage.com | Dec 30 2025 00:27:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 15377803 | ^ | MEBN | Dec 30 2025 00:30:10 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15378300 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377804 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:46 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15377805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:33 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15377806 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 30 2025 00:28:48 | Wffnatbank, Attn: Bankruptcy Dept, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | Freedom Mortgage Corporation |
| 15377799 | | Keith Salapek |
| 15388354 | * | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15377798 | ##+ | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 29, 2025 | Form ID: 300b | Total Noticed: 29 |

Date: Dec 31, 2025       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Joint Debtor Susan Freeborough tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |
| Tina M. Fryling | on behalf of Debtor Ricky Freeborough tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 8