**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>RICKY FREEBOROUGH<br>SUSAN FREEBOROUGH<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:21-10287<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 23, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/19/2021 and confirmed on 7/9/21. The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 78,520.13 |
| Less Refunds to Debtor | 4,240.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,279.73 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,178.00 | |
|   Trustee Fee | 3,813.43 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,991.43 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 28,457.38 | 0.00 | 28,457.38 |
|     Acct: 9086 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 2.29 | 2.29 | 0.00 | 2.29 |
|     Acct: 9086 | | | | |
|   JPMORGAN CHASE BANK NA | 16,221.30 | 16,221.30 | 1,225.24 | 17,446.54 |
|     Acct: 1703 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7312 | | | | |
| | | | | 45,906.21 |
| **Priority** | | | | |
|   TINA M FRYLING ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICKY FREEBOROUGH | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICKY FREEBOROUGH | 4,240.40 | 4,240.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   UPRIGHT LAW LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TINA M FRYLING ESQ | 3,178.00 | 3,178.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES LLC | 4,353.33 | 4,353.33 | 0.00 | 4,353.33 |
|     Acct: 8168 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3264 | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2287 | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2065 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |

21-10287                                                                                                        Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 5664 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7691 | | | | |
|   COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9223 | | | | |
|   COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1271 | | | | |
|   COMMUNITY BANK NA** | 6,154.43 | 6,154.43 | 0.00 | 6,154.43 |
| Acct: 4300 | | | | |
|   DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3531 | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1749 | | | | |
|   ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8371 | | | | |
|   ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2964 | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|   MARINER FINANCE LLC | 1,432.94 | 1,432.94 | 0.00 | 1,432.94 |
| Acct: 6375 | | | | |
|   MARINER FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9914 | | | | |
|   US DEPARTMENT OF EDUCATION/MOHEl | 110.28 | 110.28 | 0.00 | 110.28 |
| Acct: 6837 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 8,221.14 | 8,221.14 | 0.00 | 8,221.14 |
| Acct: 7312 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC(*) | 1,046.99 | 1,046.99 | 0.00 | 1,046.99 |
| Acct: 1018 | | | | |
|   MIDLAND CREDIT MANAGEMENT INC | 62.98 | 62.98 | 0.00 | 62.98 |
| Acct: 4926 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6386 | | | | |
|   WELLS FARGO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5755 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4926 | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 21,382.09 |

TOTAL PAID TO CREDITORS                                                                                  67,288.30

TOTAL CLAIMED
  PRIORITY          0.00
  SECURED       16,223.59
  UNSECURED   21,382.09

Date: 12/23/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
  RICKY FREEBOROUGH
  SUSAN FREEBOROUGH
        Debtor(s)

  Ronda J. Winnecour
        Movant
    vs.
  No Repondents.

Case No.:21-10287

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-10287-JCM
Ricky Freeborough Chapter 13
Susan Freeborough
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3
Date Rcvd: Dec 29, 2025     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ricky Freeborough, Susan Freeborough, 68 Mountain, Tidioute, PA 16351-5612 |
| 15377786 | | Bruce Freeborough, Scott Run Road, Warren, PA 16365 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377795 | | Email/Text: CantonRecoveryGroup@cbna.com | Dec 30 2025 00:27:00 | Community Bank Na, Attn: Bankruptcy Dept, Po Box 509, Canton, NY 13617 |
| 15377787 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15377788 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Chase Auto Finance, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 15377789 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:29:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 15377790 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:29:03 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15377791 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2025 00:28:38 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 15377792 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Bon Ton, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 15377793 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 15377794 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 30 2025 00:27:00 | Comenity Capital/Davids Bridal, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 15379896 | + | Email/Text: CantonRecoveryGroup@cbna.com | Dec 30 2025 00:27:00 | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 15377796 | | Email/Text: Bankruptcy.Consumer@dish.com | Dec 30 2025 00:27:00 | Dish Network, Dept 0063, Palatine, IL 60055-0063 |
| 15377797 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 30 2025 00:27:00 | ECMC, Attn: Bankruptcy, 111 Washington Ave South, Ste 1400, Minneapolis, MN 55401-6800 |
| 15497916 | | Email/Text: Bankruptcy@Freedommortgage.com | Dec 30 2025 00:27:00 | Freedom Mortgage Corporation, 11988 Exit 5 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| | | | |
|---|---|---|---|
| | | | Parkway, Building 4, Fishers, IN 46037-7939 |
| 15388353 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 30 2025 00:28:35 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15377801 | Email/Text: EBN@Mohela.com | Dec 30 2025 00:27:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15378499 | Email/Text: EBN@Mohela.com | Dec 30 2025 00:27:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15377800 | + Email/Text: bankruptcy@marinerfinance.com | Dec 30 2025 00:27:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15387223 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 30 2025 00:27:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15377802 | + Email/PDF: cbp@omf.com | Dec 30 2025 00:28:58 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15391635 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:28:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15395947 | Email/Text: bankruptcy@roundpointmortgage.com | Dec 30 2025 00:27:00 | RoundPoint Mortgage Servicing Corporation, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 15377803 | ^ MEBN | Dec 30 2025 00:30:11 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15378300 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 30 2025 00:29:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15377804 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:59 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 15377805 | + Email/PDF: ais.sync.ebn@aisinfo.com | Dec 30 2025 00:28:33 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15377806 | + Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Dec 30 2025 00:29:00 | Wffnatbank, Attn: Bankruptcy Dept, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | Freedom Mortgage Corporation |
| 15377799 | | Keith Salapek |
| 15388354 | * | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 15377798 | ##+ | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Dec 29, 2025 | Form ID: pdf900 | Total Noticed: 29 |

Date: Dec 31, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew L. Spivack | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION dcarlon@kmllawgroup.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Tina M. Fryling | on behalf of Joint Debtor Susan Freeborough tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |
| Tina M. Fryling | on behalf of Debtor Ricky Freeborough tinafryling@gmail.com  tfryling@mercyhurst.edu;r53088@notify.bestcase.com |

TOTAL: 8